UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOMERIO SOARES DA SILVA
    Plaintiff(s),

v.

ANTONE MONIZ, PATRICIA HYDE, TODD LYONS, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, and PAMELA BONDI
    Defendant(s).

Civil Action No. 25-12483-JEK

## JUDGMENT

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Electronic Order dated October 21, 2025, [ECF 23], granting the Petition for Writ of Habeas Corpus

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Homerio Soares da Silva.

Dated: October 29, 2025

/s/ Haley Currie
Deputy Clerk